Oct. 12, 2006

I, Susan Hoekstra have worked for Synergy Graphics on a temporary basis since March 26, 2006. My position is ending on November 8th, 2006. My hourly wage is $20.00 per hour. I have worked an average of 1,100 hours total.

*Susan N. Hoekstra*
10-12-06

Susan has retained only 2 paystubs which are attached. Her employer is unwilling to provide a printout of her payroll history. She is a temporary employee. Her 2006 YTD wages as stated are $22,117.50 for March 26 – Sept 30.

| CO. | FILE | DEPT | CLOCK | VCHR |
|---|---|---|---|---|
| NUD | 001390 | 005 | | 0000420006  1 |

## Earnings Statement

**ADP**

SYNERGY GRAPHICS INC.
5101 INDUSTRIAL BLVD N.E.
FRIDLEY, MN 55421

Period Ending:     10/14/2006
Pay Date:          10/20/2006

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 9
    State:   9

SUSAN HOEKSTRA
917 21ST AVE N
SARTELL, MN 56377

Social Security Number: XXX-XX-5896

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | |
| Overtime | 30.0000 | 24.50 | 735.00 | |
| Gross Pay | | | $1,535.00 | 25,150.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | | 184.53 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -107.17 | 747.38 |
| | Social Security Tax | -95.17 | 1,559.30 |
| | Medicare Tax | -22.26 | 364.68 |
| | MN State Income Tax | -49.81 | 380.75 |
| | Other | | |
| | Checking | -1,260.59 | |
| Net Pay | | $0.00 | |

Your federal taxable wages this period are
$1,535.00

©2001 Automatic Data Processing, Inc.

© 1991 ADP, Inc

---

SYNERGY GRAPHICS INC.
5101 INDUSTRIAL BLVD N.E.
FRIDLEY, MN 55421

Advice number:     00000420006
Pay date:          10/20/2006

**THIS IS NOT A CHECK**

Deposited to the account of
SUSAN HOEKSTRA

| account number | transit ABA | amount |
|---|---|---|
| 00002099101 | 2919 7565 | $1,260.59 |

VOID AFTER 180 DAYS

**WELLS FARGO**
Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

NUD 001390 005    0000040006

# Earnings Statement

**ADP**

SYNERGY GRAPHICS INC.
5101 INDUSTRIAL BLVD N.E.
FRIDLEY, MN 55421

Period Ending: 09/30/2006
Pay Date: 10/06/2006

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 9
 State: 9

SUSAN HOEKSTRA
917 21ST AVE N
SARTELL, MN 56377

Social Security Number: XXX-XX-5896

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | |
| Overtime | 30.0000 | 21.75 | 652.50 | |
| Gross Pay | | | $1,452.50 | 22,117.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | | 184.53 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -94.80 | 538.66 |
| Social Security Tax | | -90.06 | 1,371.29 |
| Medicare Tax | | -21.06 | 320.70 |
| MN State Income Tax | | -43.99 | 283.78 |
| Other | | | |
| Checking | | -1,202.59 | |
| **Net Pay** | | **$0.00** | |

Your federal taxable wages this period are $1,452.50

---

SYNERGY GRAPHICS INC.
5101 INDUSTRIAL BLVD N.E.
FRIDLEY, MN 55421

Advice number: 00000400006
Pay date: 10/06/2006

Deposited to the account of
SUSAN HOEKSTRA

| account number | transit ABA | amount |
|---|---|---|
| 00002099101 | 2919 7565 | $1,202.59 |

VOID AFTER 180 DAYS

THIS IS NOT A CHECK

**WELLS FARGO**
Wells Fargo Bank, N.A.

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

2:58 PM
10/26/06
Accrual Basis

# Arlington Capital LLC
## Transaction Detail By Account
### January 1 through October 26, 2006

| Type | Date | Num | Name | Amount | Balance |
|---|---|---|---|---:|---:|
| **5000 · ADMINISTRATIVE EXPENSES** | | | | | |
| **5015 · Management (Troy Hoekstra)** | | | | | |
| Check | 1/10/2006 | 2162 | Troy Hoekstra | 3,281.40 | 3,281.40 |
| Check | 1/25/2006 | 2164 | Troy Hoekstra | 4,375.00 | 7,656.40 |
| Check | 2/9/2006 | 2168 | Troy Hoekstra | 4,375.00 | 12,031.40 |
| Check | 2/28/2006 | 2170 | Troy Hoekstra | 4,375.00 | 16,406.40 |
| Check | 3/10/2006 | 2173 | Troy Hoekstra | 4,375.00 | 20,781.40 |
| Check | 3/23/2006 | 2175 | Troy Hoekstra | 4,375.00 | 25,156.40 |
| Check | 4/11/2006 | 2179 | Troy Hoekstra | 4,375.00 | 29,531.40 |
| Check | 4/24/2006 | 2182 | Troy Hoekstra | 4,375.00 | 33,906.40 |
| Check | 5/11/2006 | 2183 | Troy Hoekstra | 4,375.00 | 38,281.40 |
| Check | 5/31/2006 | 2191 | Troy Hoekstra | 4,375.00 | 42,656.40 |
| Check | 6/11/2006 | 2201 | Troy Hoekstra | 4,375.00 | 47,031.40 |
| Check | 6/22/2006 | 2202 | Troy Hoekstra | 4,375.00 | 51,406.40 |
| Check | 7/10/2006 | 2203 | Troy Hoekstra | 4,375.00 | 55,781.40 |
| Check | 7/26/2006 | 2211 | Troy Hoekstra | 4,375.00 | 60,156.40 |
| Check | 8/11/2006 | 2214 | Troy Hoekstra | 4,375.00 | 64,531.40 |
| Check | 8/21/2006 | 2216 | Troy Hoekstra | 1,300.00 | 65,831.40 |
| Check | 8/25/2006 | 2217 | Troy Hoekstra | 3,075.00 | 68,906.40 |
| Check | 9/8/2006 | 2224 | Troy Hoekstra | 4,375.00 | 73,281.40 |
| Check | 9/22/2006 | 2233 | Troy Hoekstra | 4,375.00 | 77,656.40 |
| Check | 10/12/2006 | 2236 | Troy Hoekstra | 4,375.00 | 82,031.40 |
| Check | 10/22/2006 | 2246 | Troy Hoekstra | 4,375.00 | 86,406.40 |
| Total 5015 · Management (Troy Hoekstra) | | | | 86,406.40 | 86,406.40 |
| Total 5000 · ADMINISTRATIVE EXPENSES | | | | 86,406.40 | 86,406.40 |
| **TOTAL** | | | | 86,406.40 | 86,406.40 |