07-38441
7714090

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:

                                                Case Number BKY 06-42474 NCD

Susan N Hoekstra and Troy J Hoekstra
     Debtor(s)

## ORDER FOR RELIEF FROM STAY

This case is before the court on the motion of HSBC Bank USA, N.A. as Trustee seeking relief from the automatic stay. Based on all the files and records herein;

**IT IS HEREBY ORDERED,**

That the automatic stay heretofore entered in this case is modified to the extent necessary to allow HSBC Bank USA, N.A. as Trustee, its successors and/or assigns, to foreclose the mortgage on the real property in accordance with state law, commonly known as:

Lot 4, Block 3, Celebration of Sartell Five, Stearns County, Minnesota

**NOTWITHSTANDING** Federal Rule of Bankruptcy Procedure 4001 (a)(3), this order is effective immediately.

Dated: __March 22, 2007_____

                                                        BY THE COURT:

                                                        /e/ Nancy C. Dreher_____

                                                        Judge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 3/22/07
Lori A. Vosejpka, Clerk, By KK